IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBY TRAVIS, BOP #23503076, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, et ) <br> al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 16-3457 CRB (PR) <br><br> ORDER OF DISMISSAL |

Plaintiff, a prisoner at the Federal Medical Center in Lexington, Kentucky (FMC Lexington), has filed a pro se complaint for damages under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971), alleging he did not receive proper instruction from a licensed teacher at the Federal Correctional Institution in Forrest City, Arkansas (FCI Forrest City) or at FMC Lexington.

A substantial part of the events or omissions giving rise to the claims occurred, and the viable individual defendants reside, in Saint Francis County, Arkansas or Fayette County, Kentucky, which lie within the venue of the Eastern District of Arkansas, Eastern Division and the Eastern District of Kentucky. <u>See</u> 28 U.S.C. §§ 83(a)(1), 97(a). Venue therefore properly lies in the Eastern District of Arkansas, Eastern Division and/or in the Eastern District of Kentucky. <u>See id.</u> § 1391(b).

      Accordingly, IT IS ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is DISMISSED without prejudice to bringing in the Eastern District of Arkansas, Eastern Division and/or in the Eastern District of Kentucky.  See In re Hall, 939 F.2d 802, 804 (9th Cir. 1991) (dismissal for improper venue must be without prejudice).

      The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  August 5, 2016

CHARLES R. BREYER  
United States District Judge

G:\PRO-SE\CRB\CR.16\Travis, R.16-3457.dismissal.wpd